Case No. 24-141

# United States Court of Appeals for the Federal Circuit

IN RE ZEBRA TECHNOLOGIES CORPORATION,

*Petitioner.*

*On Petition for a Writ of Mandamus to the United States District Court for the Western District of Texas Case No. 6:23-cv-00292-ADA Honorable Alan D Albright*

**NOTICE OF CORRECTION TO PETITION FOR A WRIT OF MANDAMUS**

STEVEN D. MOORE
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
(415) 273-4741
smoore@ktslaw.com

MICHAEL T. MORLOCK
ANDREW N. SAUL
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309
(404) 815-6500
mmorlock@ktslaw.com
asaul@ktslaw.com

*Counsel for Petitioner*

AUGUST 13, 2024

FORM 9. Certificate of Interest

Form 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**CERTIFICATE OF INTEREST**

**Case Number** 24-141

**Short Case Caption** In Re Zebra Technologies Corporation

**Filing Party/Entity** Zebra Technologies Corporation

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 08/13/2024         Signature: /s/ Steven D. Moore

                         Name: Steven D. Moore

FORM 9. Certificate of Interest																Form 9 (p. 2)
March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Zebra Technologies Corporation | | Vanguard Group Inc. |
| | | |

☐　Additional pages attached

FORM 9. Certificate of Interest                                     Form 9 (p. 3)
                                                                    March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable       ☐   Additional pages attached

| Steve R. Borgman, Kilpatrick Townsend & Stockton LLP | | |
|---|---|---|
| April E. Isaacson, Kilpatrick Townsend & Stockton LLP | | |
| Sarah Y. Kamran, Kilpatrick Townsend & Stockton LLP | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐   Yes (file separate notice; see below)     ☑   No     ☐   N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable       ☐   Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

Pursuant to Federal Circuit Rule 25(i), Petitioner Zebra Technologies Corporation ("Zebra") hereby notifies the Court that two errors are being corrected in Zebra's Petition for a Writ of Mandamus ("Petition").

First, the following sentence on page 1 has been corrected as follows, with underlining indicating additions and strikethrough indicating deletions:

> ***First***, after venue discovery, the Plaintiffs below, Intellectual Ventures I LLC and Intellectual Ventures II LLC (together, "IV"), agreed to withdraw their infringement allegations against <u>the</u> five <u>products</u> ~~of the more than 150 accused products~~ that were designed in Zebra's Austin, Texas office in WDTX.

Second, the final two sentences (textual and citation) of footnote number 5 on page 19 have been corrected as follows, with underlining indicating additions and strikethrough indicating deletions:

> Regardless, IV never sought ~~testimony concerning these two individuals from Petitioner's venue deponent~~ <u>to depose any of these individuals</u>, and so offers nothing but LinkedIn-based speculation. ~~*See* Appx0225-0267.~~

A corrected version of Zebra's Petition (with these corrections and with the designation "Corrected" on the cover) will be filed electronically in both confidential and nonconfidential versions. Paper copies of only

1

the corrected petition will be filed. No other changes to the Petition have been made.

August 13, 2024

*/s/ Steven D. Moore*
STEVEN D. MOORE
KILPATRICK TOWNSEND
& STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
(415) 576-0200
smoore@ktslaw.com

MICHAEL T. MORLOCK
ANDREW N. SAUL
KILPATRICK TOWNSEND
& STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, Georgia 30309
(404) 815-6500
mmorlock@ktslaw.com
asaul@ktslaw.com

*Attorneys for Petitioner*